IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LORRAINE ERDMAN and STANTON
ERDMAN,

                                                                ORDER

             Plaintiffs,

                                                                  05-cv-395-bbc

     v.

WYETH, INC., WYETH
PHARMACEUTICALS, INC.,
PFIZER, INC., PHARMACIA
& UPJOHN, LLC., PHARMACIA
& UPJOHN COMPANY, LLC.,
BARR LABORATORIES, INC.,
and GREENSTONE, LTD.,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARILYN J. RASMUSSEN and
JOSEPH S. RASMUSSEN,

                                                             ORDER

             Plaintiffs,

                                                                 05-cv-396-bbc

     v.

WYETH, INC., WYETH
PHARMACEUTICALS, INC.,
PFIZER, INC., PHARMACIA
& UPJOHN, LLC., PHARMACIA
& UPJOHN COMPANY, LLC.,
BARR LABORATORIES, INC.,
and GREENSTONE, LTD.,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephonic status conference was held in these two cases on January 9, 2013. All parties were represented by counsel.

Counsel for plaintiff advised that the parties are still on track for completing the settlements in these cases by the end of March.

Accordingly, counsel are to advise the court at a telephone conference to be held on Wednesday, February 20, 2013, at 8:30 a.m. CST of the status of the settlements. Counsel for plaintiff is to place the conference call.

Entered this 9th day of January, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge